**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FLAMEL TECHNOLOGIES S.A., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LUPIN LIMITED, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 11- 826-EGS |

## FLAMEL'S LCvR 7.1 DISCLOSURE STATEMENT

I, the undersigned, counsel of record for plaintiff Flamel Technologies S.A., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Flamel which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated:  May 6, 2011

Respectfully submitted,

/s/ Richard J. Oparil
Richard J. Oparil (D.C. Bar No. 409723)
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
(202) 457-6315 (fax)

Attorneys for Plaintiff
Flamel Technologies S.A.

- 2 -

*Of Counsel:*

Scott Chambers, Ph.D.
Kevin M. Bell
William John McKeague, Ph.D.
Lacy Kolo, Ph.D.
PATTON BOGGS LLP
8484 Westpark Drive
McLean, VA 22102
(703) 744-8000
(703) 744-8001 (fax)

Caroline C. Maxwell
PATTON BOGGS LLP
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201
(214) 758-1500
(214) 758-1550